USCA1 Opinion

 

 March 6, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1937 LAWRENCE R. HOMO, SR., Plaintiff, Appellant, v. TOWN OF HENNIKER, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Shane Devine, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ Lawrence R. Homo on brief pro se. ________________ David P. Slawsky on brief for appellees. ________________ ____________________ ____________________ Per Curiam. We find no merit in plaintiff's contention __________ that he was denied a full and fair opportunity to present his arguments in his state court actions. The state court's failure to accord him a hearing in his 1994 state court law suit does not preclude the application of res judicata principles. We affirm substantially for the reasons stated in the district court's July 6, 1995 opinion. Plaintiff's challenge to his arrest and prosecution were so closely related to the subjects of his state court action that plaintiff was required to present all his challenges in one action. Restatement (Second) of Judgments 24 (1982). See 1st Cir. ___ R. 27.1. Affirmed. ________ -2-